# UNITED STATES DISTRICT COURT
for the
District of Alaska

RECEIVED
JUL 19 2010
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 4:10-mj-00010-SAO |
| Michael DUNSHIE ) | |
| Laurie DUNSHIE ) | |
| ) | |
| _Defendant_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of 07-16-2010 in the county of _____ in the 9th District of Alaska, the defendant violated 21 U.S.C. § 841a1& b1B & 18 USC 924C, an offense described as follows:

Manufacture of a Controlled Substance/Marijuana
Possession of a Firearm in Furtherance of a Drug Trafficking Crime

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

Redacted Signature
_Complainant's signature_

Daniel Lakin, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: July 19, 2010

Redacted Signature
_Judge's signature_

City and state: Fairbanks, Alaska    Scott A. Oravec/U.S. Magistrate Judge
_Printed name and title_