Affidavit In Support of Complaint

This complaint is based on the following personal observations of affiant and/or statements of other law enforcement Officers:

On July 12, 2010, the DEA Fairbanks Post of Duty received a "tip" from the Anchorage DEA that marijuana was being grown by the "DUNSHIE" family at address 4577 and 4579 Wood River Drive, Fairbanks, Alaska, which was a connected duplex. The information indicated that this duplex had been used to grow marijuana for an unspecified period of time.

On July 13, 2010, SA Lakin obtained a criminal records report which listed Michael Lee DUNSHIE as a twice convicted felon. Michael DUNSHIE was convicted of "Commercial Promotion of Detrimental Drugs" for growing marijuana on the island of Hawaii by the Hilo Hawaii Police Department on October 05, 1988 and was also convicted of a felony charge of "Dangerous Drugs" in the State of Alaska on January 10, 1995. Further indices list Michael Lee DUNSHIE's address as 4579 Wood River Drive, Fairbanks, Alaska. Laurie DUNSHIE was also listed within these indices as residing at 4579 Wood River Drive.

On July 14, 2010, S/A Lakin and S/A Michael Foran, also from the Fairbanks DEA office, drove by the duplex, 4577/4579 Wood River Drive, and saw that the left side of the duplex, marked as 4577, had all of the front windows blocked. S/A Lakin photographed this residence.

On July 15, 2010, S/A Lakin and S/A Foran walked near the residence on foot. S/A Lakin and S/A Foran, while in close proximity of the residence, smelled the distinct smell of fresh marijuana emanating specifically from the residence 4587 Wood River Drive. Later that same day, S/A Lakin and S/A Foran drove the immediate neighborhood 4587/4589 Wood River Drive and found that the DUNSHIE property was in close proximity to University Park Elementary School, on Loftus Road. S/A Foran subsequently measured the distance between the elementary school and the Dunshie's property using a GPS device. The DUNSHIE property was approximately 470 feet from the elementary school.

On July 15, 2010, S/A Lakin and S/A Foran went to the Fairbanks Northstar Borough office. Borough employees provided records regarding the property owned by Michael and Laurie DUNSHIE. These records included photographs, and indicated that the property marked by a placard beside each door as 4577 and 4579 was actually 4587 and 4589, both owned by Laurie and Michael DUNSHIE jointly. S/A Lakin applied for and was granted a federal search warrant to search 4587 and 4589 Wood River Drive.

On July 16, 2010, DEA Fairbanks served the federal search warrant. Agents entered 4589 and cleared it first, then proceeded to serve the warrant on 4587. Upon entering, Agents encountered a sophisticated marijuana grow operation which forested every room of this dwelling. Agents seized 235 live mature marijuana plants, a number of drying plants, and a large quantity of processed marijuana.

At approximately 2:00 PM, Michael DUNSHIE drove into the driveway. S/A Lakin and S/A Michael Foran cuffed and searched DUNSHIE. At approximately 2:15 PM, Laurie DUNSHIE drove to the residence. Laurie DUNSHIE was cuffed and brought into the residence by S/A Lakin and S/A Dave Rippeto.

The DUNSHIE property contained processed marijuana packaged for sale in individual zip lock style bags. Six of these marijuana filled bags were located in a motor-home owned by the DUNSHIE's parked in the driveway of the DUNSHIE residence. Several similar marijuana filled bags were located in the kitchen of 4589 River Wood Drive, which was the "living quarters" of the family. These marijuana filled bags were accessible to teenage boys residing in the house.

A loaded shotgun was found in the master bedroom of 4589 River Wood Drive in close proximity to the bed and to marijuana along with $2100 in U.S. currency. A loaded shotgun was also discovered in the motor home parked at the residence. This shotgun was in close proximity to the bed and to the above mentioned 6 bags of marijuana. These firearms appeared to have been secreted in areas to defend the marijuana grow operation and the marijuana packaged for sale.

The total of 17 firearms were found and seized in the DUNSHIE residence in addition to the one firearm seized in the motor-home.  Michael DUNSHIE had been convicted of two prior drug felonies as listed previously in this affidavit .

Redacted Signature

DANIEL LAKIN

Special Agent, Drug Enforcement Administration

Subscribed and sworn to before me on this 19th day of July, 2010.

United States Magistrate Judge

Scott Oravec, U.S. Mag Judge

Redacted Signature